

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00320-CV

KEITH D. AIKENS, Appellant

§    On Appeal from the 48th District Court

§    of Tarrant County (048-316423-20)

§    August 25, 2022

V.

§    Memorandum Opinion by Justice Bassel

§    Concurring and Dissenting Memorandum Opinion by Justice Walker

CHARLENE K. DUELING, Appellee

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Keith D. Aikens shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
Justice Dabney Bassel